Ruth HINKLE, Appellant

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 76529.

Missouri Court of Appeals,
Western District.

March 11, 2014.

Ruth Hinkle, Bensalem, PA, Appellant Acting Pro Se.

Sara Harrison, Jefferson City, MO, for respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Ruth Hinkle appeals from the Labor and Industrial Relations Commission's decision, which affirmed the Appeals Tribunal's decision that Hinkle was overpaid unemployment benefits because of a willful failure to report all earnings and that she should be assessed an overpayment penalty of 25 percent. We affirm. Rule 84.16(b).